UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATLANTIC STATES INSURANCE COMPANY, Plaintiff, | : : : |
| v. | : No.   5:22-cv-1177 |
| COPART, INC., Defendant. | : : : : |

# **O R D E R**

**AND NOW**, this 29th day of August, 2022, upon consideration of Defendant's Motion to Dismiss, ECF No. 15, Plaintiff's response thereto, ECF No. 17, Defendant's reply in support of its motion, ECF No. 18, and for the reasons set forth in this Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion, ECF No. 15, is **GRANTED.**

2. Plaintiff's Amended Complaint, ECF No. 14, is **DISMISSED** with prejudice.

3. This matter is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge