UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| ATLANTIC STATES INSURANCE COMPANY, : | |
| Plaintiff, : | |
| : | |
| v.  : | No.   5:22-cv-1177 |
| : | |
| COPART, INC., : | |
| Defendant. : | |

_____

**O R D E R**

**AND NOW,** this 4th day of January, 2023, upon consideration of Plaintiff Atlantic States Insurance Co.'s Motion for Reconsideration, ECF No. 22, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

Plaintiff's Motion for Reconsideration, ECF No. 22, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge